IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAJA IMRAN KHAN,

    Plaintiff,

vs.     CASE NO. 5:09cv405/RS-EMT

BALBOA LIFE AND CASUALTY, LLC,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on June 1, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**